# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**PATRICK RYAN ARNOLD**                                                      **PLAINTIFF**

**v.**                                **CAUSE NO. 1:19CV101-LG-RHW**

**BP EXPLORATION &**
**PRODUCTION INC.**
**and BP AMERICA**
**PRODUCTION COMPANY**                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of December, 2019.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   UNITED STATES DISTRICT JUDGE